IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-505-D

| | |
|---|---|
| AQUESTIVE THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BIODELIVERY SCIENCES ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

On November 27, 2019, BioDelivery Sciences International, Inc. ("BDSI" or "defendant") moved to stay this action [D.E. 17]. On January 13, 2020, BDSI moved to dismiss plaintiff Aquestive Therapeutics, Inc.'s ("Aquestive Therapeutics" or "plaintiff") complaint [D.E. 20] and filed a memorandum in support [D.E. 21]. On February 3, 2020, Aquestive Therapeutics responded in opposition [D.E. 24]. On February 18, 2020, BDSI replied [D.E. 25].

The court is very familiar with the record and the governing standard and DENIES defendant's motion to stay [D.E. 17] and to dismiss [D.E. 20].

SO ORDERED. This  1  day of April 2020.

                                              JAMES C. DEVER III
                                              United States District Judge