IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-505-D

| | | |
|---|---|---|
| AQUESTIVE THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BIODELIVERY SCIENCES | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On March 16, 2021, the court issued a comprehensive order. See [D.E. 41]. Unsatisfied with the outcome, Biodelivery Sciences International, Inc. ("BDSI" or "defendant") filed a motion to dismiss under Federal Rule 12(c) [D.E. 45] and a memorandum in support [D.E. 46]. On April 21, 2021, Aquestive Therapeutics, Inc. responded in opposition and persuasively explained why it had standing and why the court should deny BDSI's latest meritless motion. See [D.E. 47]. On May 11, 2021, BDSI replied [D.E. 52].

The court has reviewed the record and governing law. The court DENIES as meritless defendant's motion to dismiss [D.E. 45].

SO ORDERED. This _10_ day of August 2021.

JAMES C. DEVER III
United States District Judge